UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN TOBACCO-CLIFFORD,<br><br>Defendant. | 5:24-CR-50054-02-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SCHEDULING ORDER |

On April 23, 2025, defendant, Nathan Tobacco-Clifford, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Indictment that charges him with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). Docket 184. Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 184) is adopted. The defendant is adjudged guilty of Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on July 10, 2025, at 3:00 p.m. in Rapid City, Courtroom 2.

Dated April 24, 2025.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE